EXHIBIT A

STATE OF MICHIGAN   UNEMPLOYMENT INSURANCE AGENCY
         PO BOX 169              GRAND RAPIDS   MI  495010169

NOTICE OF (RE)DETERMINATION - RESTITUTION DUE     ** REPRINT **

EMPLOYER 0498282 000                CLAIMANT :
  MICH PRODUCTION MACH INC            KADIR          MD ABDUL   A
  16700 23 MILE RD                    3913 GARVIN
  MACOMB           MI 480441100       DETROIT           MI 482122339

  INVOLVED EMPLOYER  MICH PRODUCTION MACH INC
  FILING DATE : 07/10/2010   BYB : 07/04/2010   SEQ : 000   SSN : ███-0583

ISSUES AND SECTIONS OF MES ACT INVOLVED
  62(A) - IMPROPER PAYMENTS           20(A) - CREDIT TO EMPLOYER
  REMUNERATION, EARNINGS OFFSET       27(C) & 48

                    BASIS FOR (RE)DETERMINATION
YOU WERE PAID BENEFITS FOR THE WEEKS ENDING 8/28/10 THROUGH 11/13/10.
YOU FAILED TO REPORT EARNINGS FROM MICHIGAN PRODUCTION MACHINING INC.
THIS IS CONSIDERED REMUNERATION. YOU ARE INELIGIBLE FOR BENEFITS UNDER
MES ACT SECTIONS 27(C) & 48. YOUR EARNINGS WERE MORE THAN 1.5 TIMES
YOUR WEEKLY BENEFIT RATE (WBR) OF $274. RESTITUTION IS REQUIRED UNDER
SECTION 62 OF THE MES ACT.

  CLAIMANT IS INELIGIBLE FOR BENEFITS FROM AND THRU:
    08/22/2010 - 11/13/2010

CLAIMANT MUST PAY TO THE AGENCY IN CASH OR DEDUCTION FROM BENEFITS,
RESTITUTION IN THE AMOUNT OF $3,288.00 UNDER SECTION 62(B), AS ITEMIZED ON
PAGE 2.
EMPLOYER IS ENTITLED TO CREDIT UNDER SECTION 20(A) OF THE M.E.S. ACT.
$ 13152.00. THE AMOUNT OF DAMAGES UNDER SECTION 54(B) SHALL BE DOUBLE THE
AMOUNT OF RESTITUTION IF RESTITUTION IS LESS THAN $500.00 OR QUADRUPLE THE
AMOUNT OF RESTITUTION IF RESTITUTION IS $500.00 OR MORE.
IF YOU DISAGREE WITH THIS REDETERMINATION; REFER TO "PROTEST/APPEAL RIGHTS"
ON THE BACK OF THIS FORM.

  EMPLOYER DATE MAILED : 07/22/2011

  CLAIMANT DATE MAILED OR PERSONALLY SERVED : 07/22/2011

  CLAIMS-EXAMINER : ADJUD TASK FORCE A          T

STATE OF MICHIGAN    UNEMPLOYMENT INSURANCE AGENCY
PO BOX 169                    GRAND RAPIDS    MI    495010169

NOTICE OF (RE)DETERMINATION - RESTITUTION DUE    ** REPRINT **

```
EMPLOYER 0498282 000                CLAIMANT :
MICH PRODUCTION MACH INC            KADIR           MD ABDUL    A
16700 23 MILE RD                    3913 GARVIN
MACOMB              MI 480441100    DETROIT            MI 482122339
```

INVOLVED EMPLOYER    MICH PRODUCTION MACH INC
FILING DATE : 07/10/2010    BYB : 07/04/2010    SEQ : 000    SSN : ███-0583

LIST OF OVERPAYMENTS

| WEEK ENDING | EMPLOYER NUMBER | OVERPAYMENT AMOUNT | WEEK ENDING | EMPLOYER NUMBER | OVERPAYMENT AMOUNT |
|---|---|---|---|---|---|
| 08/28/2010 | 1057084 000 | $189.11 | 08/28/2010 | 1188726 000 | $84.89 |
| 09/04/2010 | 1057084 000 | $189.11 | 09/04/2010 | 1188726 000 | $84.89 |
| 09/11/2010 | 1057084 000 | $189.11 | 09/11/2010 | 1188726 000 | $84.89 |
| 09/18/2010 | 1057084 000 | $189.11 | 09/18/2010 | 1188726 000 | $84.89 |
| 09/25/2010 | 1057084 000 | $189.11 | 09/25/2010 | 1188726 000 | $84.89 |
| 10/02/2010 | 1057084 000 | $189.11 | 10/02/2010 | 1188726 000 | $84.89 |
| 10/09/2010 | 1057084 000 | $189.11 | 10/09/2010 | 1188726 000 | $84.89 |
| 10/16/2010 | 1057084 000 | $189.11 | 10/16/2010 | 1188726 000 | $84.89 |
| 10/23/2010 | 1057084 000 | $189.11 | 10/23/2010 | 1188726 000 | $84.89 |
| 10/30/2010 | 1057084 000 | $189.11 | 10/30/2010 | 1188726 000 | $84.89 |
| 11/06/2010 | 1057084 000 | $189.11 | 11/06/2010 | 1188726 000 | $84.89 |
| 11/13/2010 | 1057084 000 | $189.11 | 11/13/2010 | 1188726 000 | $84.89 |

TO THE CLAIMANT: REPAYMENT AND/OR REPAYMENT ARRANGEMENTS SHOULD BE MADE
WITH THE BENEFIT OVERPAYMENT COLLECTION(BOC) UNIT. FOR INFORMATION ON
REPAYMENT OR REPAYMENT ARRANGEMENTS, CONTACT BOC AT 1-800 638-6372.
CHECKS OR MONEY ORDERS MUST BE PAYABLE TO THE "STATE OF MICHIGAN FOR UIA".
THE ADDRESS IS: UIA, BENEFIT OVERPAYMENT COLLECTION UNIT,    P.O.BOX 9045,
DETROIT, MICHIGAN 48202. DO NOT SEND CASH.
IF YOU DISAGREE WITH THIS REDETERMINATION; REFER TO "PROTEST/APPEAL RIGHTS"
ON THE BACK OF THIS FORM.

EMPLOYER DATE MAILED : 07/22/2011

CLAIMANT DATE MAILED OR PERSONALLY SERVED : 07/22/2011

CLAIMS EXAMINER : ADJ UI TASK FORCE A

STATE OF MICHIGAN    UNEMPLOYMENT INSURANCE AGENCY
        PO BOX 169              GRAND RAPIDS    MI  495010169

NOTICE OF (RE)DETERMINATION - RESTITUTION DUE     ** REPRINT **

EMPLOYER 0498282 000            CLAIMANT :
  MICH PRODUCTION MACH INC        KADIR         MD ABDUL    A
  16700 23 MILE RD                3913 GARVIN
  MACOMB           MI 480441100   DETROIT              MI 482122339

    INVOLVED EMPLOYER  MICH PRODUCTION MACH INC
    FILING DATE : 11/17/2010   BYB : 07/04/2010   SEQ : 300   SSN : ███-0583

  ISSUES AND SECTIONS OF MES ACT INVOLVED
    62(A) - IMPROPER PAYMENTS           20(A) - CREDIT TO EMPLOYER
    REMUNERATION, EARNINGS OFFSET         27(C) & 48

                    BASIS FOR (RE)DETERMINATION
YOU WERE PAID BENEFITS FOR THE WEEKS ENDING 11/20/10 AND 2/26/11. YOU FAILED
TO REPORT EARNINGS FROM MICHIGAN PRODUCTION MACHINING INC. THIS IS CONSIDERED
REMUNERATION. YOU WERE ENTITLED TO A REDUCED BENEFIT RATE (WBR) UNDER
MES ACT SECTIONS 27(C) AND 48 FOR THE WEEKS SHOWN. YOUR EARNINGS WERE
EQUAL TO OR LESS THAN 1.5 TIMES YOUR WBR OF $274. RESTITUTION IS REQUIRED
UNDER SECTION 62.

   CLAIMANT IS ELIGIBLE FOR BENEFITS DUE TO    REMUNERATION, EARNINGS OFFSET


CLAIMANT MUST PAY TO   THE   AGENCY   IN CASH OR DEDUCTION FROM BENEFITS,
RESTITUTION IN THE AMOUNT OF    $316.00 UNDER SECTION 62(B), AS ITEMIZED ON
PAGE 2.
EMPLOYER IS ENTITLED TO CREDIT   UNDER SECTION   20(A) OF THE M.E.S. ACT.
$    632.00.  THE AMOUNT OF DAMAGES UNDER SECTION 54(B) SHALL BE DOUBLE THE
AMOUNT OF RESTITUTION IF RESTITUTION IS LESS THAN $500.00 OR QUADRUPLE THE
AMOUNT OF RESTITUTION IF RESTITUTION IS $500.00 OR MORE.
IF YOU DISAGREE WITH THIS REDETERMINATION; REFER TO "PROTEST/APPEAL RIGHTS"
ON THE BACK OF THIS FORM.

   EMPLOYER DATE MAILED : 07/22/2011

   CLAIMANT DATE MAILED OR PERSONALLY SERVED : 07/22/2011

   CLAIMS-EXAMINER : ADJUD TASK FORCE A          T

STATE OF MICHIGAN  UNEMPLOYMENT INSURANCE AGENCY
PO BOX 169                    GRAND RAPIDS    MI  495010169

NOTICE OF (RE)DETERMINATION - RESTITUTION DUE       ** REPRINT **

```
EMPLOYER 0498282 000              CLAIMANT :
  MICH PRODUCTION MACH INC          KADIR            MD ABDUL    A
  16700 23 MILE RD                  3913 GARVIN
  MACOMB           MI 480441100     DETROIT              MI 482122339
```

INVOLVED EMPLOYER  MICH PRODUCTION MACH INC
FILING DATE : 11/17/2010   BYB : 07/04/2010   SEQ : 300   SSN : ▓▓▓-0583

LIST OF OVERPAYMENTS

| WEEK ENDING | EMPLOYER NUMBER | OVERPAYMENT AMOUNT | WEEK ENDING | EMPLOYER NUMBER | OVERPAYMENT AMOUNT |
|---|---|---|---|---|---|
| 11/20/2010 | 0199829 000 | $267.00 | 02/26/2011 | 0199829 000 | $49.00 |

TO THE CLAIMANT: REPAYMENT AND/OR REPAYMENT ARRANGEMENTS SHOULD BE MADE
WITH THE BENEFIT OVERPAYMENT COLLECTION(BOC) UNIT. FOR INFORMATION ON
REPAYMENT OR REPAYMENT ARRANGEMENTS, CONTACT BOC AT 1-800 638-6372.
CHECKS OR MONEY ORDERS MUST BE PAYABLE TO THE "STATE OF MICHIGAN FOR UIA".
THE ADDRESS IS: UIA, BENEFIT OVERPAYMENT COLLECTION UNIT,    P.O.BOX 9045,
DETROIT, MICHIGAN 48202. DO NOT SEND CASH.
IF YOU DISAGREE WITH THIS REDETERMINATION; REFER TO "PROTEST/APPEAL RIGHTS"
ON THE BACK OF THIS FORM.

EMPLOYER DATE MAILED : 07/22/2011

CLAIMANT DATE MAILED OR PERSONALLY SERVED : 07/22/2011

CLAIMS-EXAMINER : ADJUD TASK FORCE A

```
               STATE OF MICHIGAN    UNEMPLOYMENT BUREAU
B.O. 003       PO BOX 169
                                    GRAND RAPIDS       MI  495010169
               NOTICE OF DENIAL OF REQUEST FOR RECONSIDERATION      ** REPRINT **

INVOLVED EMPLOYER : 0498282 000        FOR CLAIM OF:  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
MICH PRODUCTION MACH INC               KADIR         MD ABDUL    A
16700 23 MILE RD                       3913 GARVIN
MACOMB             MI 480441100        DETROIT            MI 482122339

     FILED :   07/10/2010   BYB :   07/04/2010
```

A REQUEST FOR REDETERMINATION OF THE ABOVE CLAIM WAS RECEIVED ON 11/29/2011.
THE (RE)DETERMINATION INVOLVED WAS MAILED OR PERSONALLY SERVED ON 07/22/2011
THE (RE)DETERMINATION BECOMES FINAL IF NO PROTEST OR APPEAL IS RECEIVED WITH-
IN 30 DAYS FROM THE DATE OF MAILING OR PERSONAL SERVICE. IT HAS NOT BEEN
ESTABLISHED THAT GOOD CAUSE EXISTS, AS REQUIRED AFTER EXPIRATION OF THE PRO-
TEST PERIOD, FOR THE AGENCY TO RECONSIDER ITS PRIOR (RE)DETERMINATION.
     THE REQUEST FOR REDETERMINATION IS DENIED

ISSUES AND SECTIONS OF MESC ACT INVOLVED
  REDETERMINATION DENIED                          32

IF YOU DISAGREE WITH THIS REDETERMINATION; REFER TO "PROTEST/APPEAL RIGHTS"
ON THE BACK OF THIS FORM.
 CLAIMS-EXAMINER : ADJUD TASK FORCE A            T
  DATE NOTICE WAS MAILED OR PERSONALLY SERVED:12/01/2011